## STATE OF CONNECTICUT *v.* TAVORUS L. FLUKER

The defendant's petition for certification for appeal from the Appellate Court, 123 Conn. App. 355 (AC 30638), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Heather M. Wood,* deputy assistant public defender, in support of the petition.

*Michael L. Regan,* state's attorney, in opposition.

Decided October 14, 2010